tioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States et al. *Walter F. Mondale,* Attorney General of Minnesota, and *Sydney Berde,* Deputy Attorney General, filed a brief for the State of Minnesota, as *amicus curiae,* in support of the petition.

No. 947. MANAGED FUNDS, INC., *v.* BROUK ET AL. C. A. 8th Cir. Certiorari granted. *R. Walston Chubb* for petitioner. *Forrest M. Hemker* and *William Stix* for respondents. *Solicitor General Cox, Walter P. North* and *Ellwood L. Englander* filed a brief for the Securities and Exchange Commission, as *amicus curiae,* in support of the petition.

No. 1020, Misc. LYNCH *v.* OVERHOLSER, HOSPITAL SUPERINTENDENT. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Richard Arens* and *Lawrence Speiser* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Richard J. Medalie, Harold H. Greene* and *David Rubin* for respondent.

No. 641, Misc. CARNLEY *v.* COCHRAN, CORRECTIONS DIRECTOR. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari to the Supreme Court of Florida granted. Case transferred to the appellate docket. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *B. Clarke Nichols,* Assistant Attorney General, for respondent.